UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ANDREW JONES

VERSUS

DISA GLOBAL SOLUTIONS, INC., ET AL.

CIVIL ACTION

NO. 17-1058-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated June 11, 2018, to which a joint objection , (Doc. 98) was filed and considered by the Court, the Court agreeing the with the findings, conclusions and recommendations of the Magistrate Judge;

**IT IS ORDERED** that the joint objection filed by all defendants, (Doc. 98) is OVERRULED, and plaintiff's motion for leave of court to file a third supplemental and amending petition for damages (R. Doc. 42) is GRANTED.

**IT IS FURTHER ORDERED** that plaintiff's third supplemental and amending complaint for damages (R. Doc. 42-1) shall be filed into the record.

**IT IS FURTHER ORDERED** that subsequent to the entry of the third supplemental and amending complaint for damages into the record, which destroys diversity jurisdiction in this action, the Court REMANDS this action to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 27, 2018.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA